BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOISES GARCIA**<br>xxx-xx-8026<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  12-1254 CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 2, 2013, to February 1, 2013. The extension is required to accommodate counsel's briefing calendar and vacation.

/ / / /

/ / / /

/ / / /

1

Dated: January 2, 2013    */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: January 2, 2013    Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Armand Roth,
ARMAND ROTH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.


DATED: January 7, 2013

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2